# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew Nagel, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>United Food and Commercial Workers Union, Local 653,<br><br>Defendant. | Court File No. 18-cv-1053-WMW-ECW<br><br>**ORDER** |

This case is before the Court on the Stipulation (Dkt. 96) of the parties to permit Plaintiff to file a reply memorandum in support of Plaintiff's Motion to Amend (Dkt. 81). Having considered the Stipulation, **IT IS ORDERED** that Plaintiff has leave to file a reply memorandum. The reply memorandum shall not exceed 5,896 words, counted in accordance with Local Rule 7.1(f), and shall be due on or before March 10, 2020.

Dated: March 9, 2020

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge