# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Matthew Nagel, Plaintiff<br>Jessica Becklund, Sharon Brown, Pat Darling, Dean Dugan, Matthew Giesler, Steven Giesler, Robert Haas, Jonathan Hamel, Lance Hanson, Eric Hazelbaker, Dawn Herzuck, Mark Hoffman, Anthony Jensen, John Legierski, Carl Lundberg, Martin Manley, Nicolas McBride, Judy McDowell, Shawn Moore, Daniel Morris, Bruce Olson, Mark Oslos, Luwana Meyer Pohl, Gregory Ponting, Dan Quant, Don Renfrow, Annette Ries, Donna Rohling, Paul Rowe, Becky Syverson, Patrick VanHoutan, Intervenor Plaintiffs, | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 18-cv-01053-WMW-ECW |
| United Food and Commercial Workers Union, Local 653, Minneapolis Retail Meat Cutters and Food Handlers Pension Fund, Movant | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendant United Food and Commercial Workers Union, Local 653's motion for summary judgment, (Dkt. 189), is GRANTED.

2. Defendant United Food and Commercial Workers Union, Local 653's motion to exclude expert testimony, (Dkt. 203), is DENIED AS MOOT.

Date: 1/21/2022                                                                KATE M. FOGARTY, CLERK