# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Matthew Nagel, Plaintiff,
Jessica Becklund, Sharon Brown, Pat Darling,
Dean Dugan, Matthew Giesler, Steven Giesler,
Robert Haas, Jonathan Hamel, Lance Hanson,
Eric Hazelbaker, Dawn Herzuck, Mark Hoffman,
Anthony Jensen, John Legierski, Carl Lundberg,
Martin Manley, Nicolas McBride, Judy McDowell,
Shawn Moore, Daniel Morris, Bruce Olson,
Mark Oslos, Luwana Meyer Pohl, Gregory Ponting,
Dan Quant, Don Renfrow, Annette Ries, Donna Rohling,
Paul Rowe, Becky Syverson, Patrick VanHoutan,
Intervenor Plaintiffs,

-vs-                                                18-cv-1053 WMW/ECW

United Food and Commercial Workers
Union, Local 653,

Defendant.

## COST JUDGMENT

The costs of the Defendant, United Food and Commercial Workers Union, Local 653, have been taxed and allowed by the Clerk of this Court against the Plaintiffs, Matthew Nagel, Jessica Becklund, Sharon Brown, Pat Darling, Dean Dugan, Matthew Giesler, Steven Giesler, Robert Haas, Jonathan Hamel, Lance Hanson, Eric Hazelbaker, Dawn Herzuck, Mark Hoffman, Anthony Jensen, John Legierski, Carl Lundberg, Martin Manley, Nicolas McBride, Judy McDowell, Shawn Moore, Daniel Morris, Bruce Olson, Mark Oslos, Luwana Meyer Pohl, Gregory Ponting, Dan Quant, Don Renfrow, Annette Ries, Donna Rohling, Paul Rowe, Becky Syverson, Patrick VanHoutan, as follows:

|  | Claimed | Allowed |
|---|---|---|
| Fees for Transcripts | $8,064.25 | $8,064.25 |
| Fees for Witnesses | $63.20 | $63.20 |
| Total | $8,127.45 | $8,127.45 |

Costs, therefore, are taxed against the Plaintiffs, Matthew Nagel, Jessica Becklund, Sharon Brown, Pat Darling, Dean Dugan, Matthew Giesler, Steven Giesler, Robert Haas, Jonathan Hamel, Lance Hanson, Eric Hazelbaker, Dawn Herzuck, Mark Hoffman, Anthony Jensen, John Legierski, Carl Lundberg, Martin Manley, Nicolas McBride, Judy McDowell, Shawn Moore, Daniel Morris, Bruce Olson, Mark Oslos, Luwana Meyer Pohl, Gregory Ponting, Dan Quant, Don Renfrow, Annette Ries, Donna Rohling, Paul Rowe, Becky Syverson, Patrick VanHoutan, in the amount of $8,127.45 and judgment is

entered accordingly. Motion for review of the Clerk's decision may be made within 7 days hereafter in accordance with Local Rule 54.3(c).

Dated at St. Paul, Minnesota, on March 25, 2022.

KATE M. FOGARTY, CLERK

By: s/ M. Vicklund

M. Vicklund
Deputy Clerk